**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Mark B. Evans,** **Civil No. 01-1825 (JRT/SRN)**

**Plaintiff,**

**v.** **ORDER**

**Warden R. Tim O'Dell and**
**Corrections Corporation of America, Inc.,**
**sued as Prairie Correctional Facility,**

**Defendant.**

---

The above matter came on before the undersigned pursuant to Defendants' Motion to consolidate [Doc. No. 5]. The Court has considered the matter on the written submissions of the parties.

The Court, being duly advised in the premises, and upon all of the files, records, and proceedings herein, hereby **ORDERS** that:

This action, *Mark B. Evans v. Warden R. Tim O'Dell and Corrections Corporation of America, Inc. sued as Prairie Correctional Facility,* Court File No. 01-1825 (JRT/SRN) will be consolidated, for all purposes, with *Corey L. Watkins v. Warden R. Tim O'Dell and Corrections Corporation of America, Inc., sued as Prairie Correctional Facility,* Court File No. 01-1826 (JRT/FLN; *Darnell Jackson v. Warden R. Tim O'Dell and Corrections Corporation of America, Inc., sued as Prairie Correctional Facility*, Court File No. 01-1828 (DSD/JMM) and *Raymond Johnson v. Warden R. Tim O'Dell and Corrections Corporation of America, sued as Prairie Correctional Facility*, Court File No. 1827 (DSD/JMM).

FILED OCT 3 0 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____

Dated: October 29, 2001.

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge