**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Mark Evans,** **Civil No. 01-1825 (JRT/SRN)**

**Plaintiff,**

**v.**

**ORDER**

**Warden R. Timothy O'Dell and**
**Corrections Corporation of America, Inc.,**
**sued as Prairie Correctional Facility,**

**Defendants.**

---

Plaintiff is pro se.

Robert M. Lewis, Esq. and Rebecca A. Chaffee, Esq., on behalf of Defendants.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above-entitled matter came before the undersigned United States Magistrate Judge on Defendants' Motion to Strike Documents Submitted by Jackson and Johnson in Related Files (Doc. No. 10).

The Present case has been consolidated with three other nearly identical cases, 01-cv-1826-28. In two of those cases, Plaintiffs Jackson and Johnson submitted identical letters to the Court subsequent to Defendants filing their reply. In response, Defendants filed a Motion to Strike Documents Submitted by Jackson and Johnson in Related Files in all four cases. In the present case, however, Plaintiff Evans did not file such a letter. Consequently, there are no documents to strike. Therefore, the Court denies Defendants' motion as moot.

AUG 0 1 2002
FILED ____________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

**THEREFORE, IT IS HEREBY ORDERED that:**

Defendants' Motion to Strike Documents Submitted by Jackson and Johnson in Related Files (Doc. No. 10) is **DENIED AS MOOT**.

Dated: July 31, 2002

SUSAN RICHARD NELSON
United States Magistrate Judge